# ELECTRONIC RECORD

COA # 06-13-00257-CR    OFFENSE: 29.03

STYLE: Stedmond Abdullah v. The State of Texas    COUNTY: Bowie

COA DISPOSITION: Affirmed    TRIAL COURT: 102nd District Court

DATE: 11/18/14    Publish: No    TC CASE #: 13F0013-102

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Stedmond Abdullah v. The State of Texas    CCA #: 1647-14

_____APPELLANT'S_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED_____    JUDGE: _____

DATE: 03/04/2015    SIGNED: _____    PC: _____

JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**